UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **RAMADA WORLDWIDE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 09-MC-2058 |
| ) | |
| **SHRIJI KRUPA, LLC, RAJESH PATEL,** ) | |
| **URVASHI PATEL, MITESH PATEL,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On June 8, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#4) in this case. Judge Bernthal recommended that Defendants' Motion to Vacate Certification of Judgment for Registration in Another District, Vacate Default Judgment, and Dismiss Complaint for Lack of Personal Jurisdiction (#2) be denied. Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to the denial of Defendants' Motion (#2) on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#4). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#4). Accordingly, this court agrees that Defendants' Motion to Vacate Certification of Judgment for Registration in Another

District, Vacate Default Judgment, and Dismiss Complaint for Lack of Personal Jurisdiction (#2) should be denied.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation [4] is accepted by this court.

(2) Defendants' Motion to Vacate Certification of Judgment for Registration in Another District, Vacate Default Judgment, and Dismiss Complaint for Lack of Personal Jurisdiction [2] is DENIED.

Entered this 28th day of June, 2012

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE